# EXHIBIT B3

*Approved*
*5/07/2019*

THE BOARD OF EDUCATION OF SALT LAKE CITY SCHOOL DISTRICT

Board Meeting, and Closed Executive Session

April 9, 2019

The Board of Education of Salt Lake City School District met in a Board Meeting and Closed Executive Session at 4:11 p.m. on Tuesday, April 9, 2019, in the Board Room of the Administration Building, 440 East 100 South, Salt Lake City, Utah.

ROLL CALL

| | |
|---|---|
| Members Present: | President Tiffany Sandberg, Vice President Melissa Ford, Katherine Kennedy, Michael Nemelka, Nate Salazar, Kristi Swett, and Christian Rich, Student Member. Samuel Bennett Hanson filled the vacant seat for Precinct 5 and joined the board after he was sworn in during the Action Agenda). |
| Also Present: | Alexa Cunningham, Superintendent; Janet Roberts, Business Administrator; Kristina Kindl, Executive Director of Policy and Legal Services; Mozelle Orton, Executive Director of Human Resource Services; Tiffany Hall, Executive Director of Teaching and Learning; John Goldhardt, Executive Director of School Leadership and Performance; Sandra Buendia, Executive Director of Educational Equity and Student Services; Yándary Chatwin, Executive Director of Communications; Deborah Candler, Wasatch Elementary Principal; Chris Gesteland, Network Director, West Network and representing the Salt Lake Association of School Administrators; Adam Eskelson, Fine Arts Supervisor; Ken O'Brien, Uintah Elementary Principal; James Tobler, representing Salt Lake Education Association; Cindy Mills, representing the Salt Lake Educational Office Personnel Association; Angela Doan, Senior Education Advisor to the Mayor; Jason Olsen, Public Information Officer; Lisa Alleman, Superintendent's Office, and others in the audience. |

In accordance with the agenda prepared for the Board Meeting of April 9, 2019, five motions were made. Items are reported as listed in the agenda and not necessarily in the order they were considered.

The meeting was called to order by President Sandberg who presided.

1. <u>PUBLIC MEETING OPENS</u>:

2. <u>BOARD MEETING CONVENES</u>:

   A. <u>WELCOME AND RECOGNITIONS</u>:

      1. <u>General Pronouncements</u>

Exhibit: <u>3B3</u>
Board Meeting: <u>5/7/2019</u>

*Approved*
*5/07/2019*

Board Meeting                                                                                                      April 9, 2019

President Sandberg welcomed everyone in the audience. She recognized the presence of Chris Gesteland, representing the Salt Lake Association of School Administrators; James Tobler, representing the Salt Lake Education Association; Cindy Mills, representing the Salt Lake Educational Office Personnel Association; and Angela Doan from the Mayor's Office.

| VOTE RECORD | AYE | NAY | ABSENT |
|---|---|---|---|
| FORD | 1,2,4,5 | | |
| ^HANSON | 4,5 | | |
| KENNEDY | 1,2,4,5 | | |
| NEMELKA | 1,2 | 4,5 | |
| SALAZAR | 1,2,4,5 | | |
| SANDBERG | 1,2,4,5 | | |
| SWETT | 1,2,4,5 | | |
| A Absent | Ab Abstention | F Failed | |
| N "No" Vote | NA No Action | T Tabled | |
| W Withdrawn | *Unanimous Approval | | |
| **Members Making Motion | | | |
| ^Not qualified at the times motions 1, 2, and 3 were made. | | | |

2. Pledge of Allegiance

   Liz Baldwin, district employee, led the audience in reciting the Pledge of Allegiance to the Flag.

B. CONSENT AGENDA:

*(1) A motion was made that the board approve the five items included in the Consent Agenda. These items are listed below. The motion was approved unanimously. Prior to voting board members discussed the quality of computers being purchased.
**(Ford and Swett)

1. Purchasing/Accounting Reports
   a. Purchasing Report
   b. Budget Report for February 2019
   c. Payment Voucher Report
   d. Schools Financial Report, February 28, 2019
2. Human Resource Services Report
3. Minutes for the Board Meeting, March 5, 2019
4. Minutes for the Board Meeting, March 19, 2019
5. Board Policies
   a. G-15: Nursing Mothers in the District
   b. I-13: Alternate Language Services
   c. I-16: School and Student Clubs – Equal Access Act
   d. I-17: Student Fundraising Activities
   e. I-21: School Media and Publications
   f. P-4: Discipline of District Employees
   g. P-9: Employee Background Checks and Self-Reporting
   h. S-3: Student Conduct and Discipline
   i. S-9: Student Health Services and Requirements
   j. S-11: Student Electronic Devices in Schools

C. REQUEST TO SPEAK:

*Approved*
*5/07/2019*

Board Meeting                                                                                                                April 9, 2019

> 1. Lori Briggs-Cook, a teacher at Uintah, spoke about mental health needs for students. She provided a letter to the board. A copy of the letter has been added to the official minutes.
>
> D. REPORTS:
>
>   1. Wasatch Elementary School
>
>   Deborah Candler presented a PowerPoint highlighting the diversity and academic growth at Wasatch. She presented test scores and updates on their EEP goals. Ms. Candler answered questions from the Board.
>
>   A 17-minute recess was taken at 4:43 p.m.
>
> E. INTERVIEWS FOR BOARD MEMBER CANDIDATES FOR PRECINCT 5:
>
>   Board members interviewed the following people to fill the Precinct 5 vacancy:
>   1. Emily Stromness
>   2. Dorothy R. Draper
>   3. Kyle LaMalfa
>   4. Jennifer Mayer-Glenn
>   5. Carol Goode-Rogozinski
>   6. Samuel Bennett Hanson
>   7. Gabriella Huggins

An 18 minute recess was taken at 6:13 p.m.

3. CLOSED EXECUTIVE SESSION:

   There was no Closed Executive Session.

4. PUBLIC MEETING RESUMES:

   A. ACTION AGENDA:

      1. Appointment and Swearing in of Board Member

   $^N$(2) A motion was made to appoint Samuel Bennett Hanson as the new board member for Precinct 5. The motion was approved on a vote of 5 to 1 with Michael Nemelka voting no.
   **(Kennedy and Swett)

   $^F$(3) A substitute motion was made to appoint Dorothy R. Draper as the new board member for Precinct 5. The motion failed due to lack of a second.
   **(Nemelka)

*Approved*
*5/07/2019*

Board Meeting                                                                                              April 9, 2019
_____                                                                                              _____

      Prior to voting, board members discussed the candidates and their scores. Copies of each board member's score sheets have been attached to the official minutes. Board members thanked all the candidates and encouraged them to file for the next election.

      Samuel Bennett Hanson was sworn into office by Liz Baldwin, Notary Public, and took his seat at the board table.

2. Proposed School Calendars for 2020-2021, 2021-2022, and 2022-2023

    $^{N}$(4) A motion was made to reject the recommendation of the calendar committee. The motion was approved on a vote of 6 to 1 with Michael Nemelka voting no.
(Swett and Kennedy)

      Prior to voting, board members discussed the calendar process and feedback they have received from schools.

    $^{N}$(5) A motion was made to send the calendar back to the calendar committee to consider adding fall break to the option 1 calendar. The motion was approved on a vote of 6 to 1 with Michael Nemelka voting no.
**(Kennedy and Ford)

3. Any item transferred from Consent/Discussion Agenda

      There were no items transferred from the Consent/Discussion Agenda

5. ADJOURMENT:

The Board Meeting was adjourned at 6:48 p.m.

                                                                         _____
                                                                         Janet M. Roberts
                                                                         Business Administrator

lba

*Approved*
*5/07/2019*

<u>Board Meeting</u>                                                                                                               <u>April 9, 2019</u>

**Salt Lake City School District**
**Addition to the Minutes of the Board Meeting 4/9/2019**

*The Official Minutes of the Board Meeting held on April 9, 2019 will be posted upon approval by the Board of Education.

**OFFICIAL EXHIBITS OF BOARD MEETING**
Official exhibits provided to the board and made available to the public as part of the meeting agenda can be found here.

**ADDITION TO THE MINUTES**
The Board of Education of Salt Lake City School District acts by vote of a majority of the board members in an open and public meeting. Statements by individual board members, in or out of board meetings, written, oral or in social media, do not necessarily represent the views of the majority of the board or any other board member. Nevertheless, out of respect to the elected office that each board member holds and consistent with state law and board policy, the board allows its members to attach to board meeting minutes any other information that any member requests. When the board votes to approve minutes, that vote signifies that the minutes are a correct record of what occurred and what was asked to be included in the minutes. It does not signify any individual board member's agreement with the substance of the content.

The following information was distributed in the public meeting of the board, and has been included in the minutes at the request of the board member(s):

| | |
|---|---|
| Letter from Uintah Elementary Faculty and Staff | Agenda Item 2C |
| District 5 Board Member Candidate Score Sheets | Agenda Item 4A |