DAVID N. WOLF (6688)
LANCE SORENSON (10684)
JASON DUPREE (17509)
JORDEN W. TRUMAN (19718)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
Telephone: (385) 584-6509
dnwolf@agutah.gov
lancesorenson@agutah.gov
jndupree@agutah.gov
jwtruman@agutah.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| THE KURT VONNEGUT ESTATE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ATTORNEY GENERAL DEREK BROWN, in his official capacity as Attorney General for the State of Utah, et al. <br><br> *Defendants*. | **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO PROCEED UNDER A PSEUDONYM** <br><br> Case No. 2:26-cv-00010 <br><br> Magistrate Judge Cecilia Romero |

Having reviewed the Plaintiffs' Motion for Leave to Allow Minor-Student Plaintiffs to Proceed under a Pseudonym, and Defendants' Partial Objection, the Court GRANTS in part and DENIES in part the Motion.

The Court orders that the Student Plaintiffs may proceed under the pseudonyms "Student Doe #1" and "Student Doe #2." The Court further orders that the Student Plaintiffs' parent representatives may be identified as "Parent Doe #1" and "Parent Doe #2."

2

DATED:

BY THE COURT