**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| THE KURT VONNEGUT ESTATE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ATTORNEY GENERAL DEREK BROWN, in his official capacity as Attorney General for the State of Utah, et al.<br><br>Defendants. | **ORDER GRANTING IN PART MOTION TO PROCEED UNDER PSEUDONYM [5]**<br><br>Case No. 2:26-cv-00010 – RJS – CMR<br><br>District Judge Robert J. Shelby<br>Chief Magistrate Judge Cecilia Romero |

Before the court is Plaintiffs' Motion to Allow Plaintiffs to Proceed Under a Pseudonym (Motion) (ECF 5). In their Partial Objection (ECF 90), Defendants agree that the court should enter a limited order allowing the pseudonyms for the students and their parents, to which Plaintiffs agree (ECF 92). Given there is a stipulation on this issue, the standard set forth in DUCivR 10-2 is met, and finding good cause, the court **GRANTS the MOTION IN PART AS FOLLOWS**:

(1) the Student Plaintiffs shall proceed under the pseudonyms "Student Doe #1" and "Student Doe #2"; and

(2) the Student Plaintiffs' parent representatives shall proceed as "Parent Doe #1" and "Parent Doe #2."

As to Plaintiffs' request for an order governing redactions and disclosure of sensitive information related to the student Plaintiffs or their parents, Plaintiffs have submitted a separate Motion for a Protective Order (ECF 93). The court will therefore address that issue separately.

DATED this 13 May 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah