**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| THE KURT VONNEGUT ESTATE, CAGED BIRD LEGACY, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ATTORNEY GENERAL DEREK BROWN, in his official capacity as attorney general for the State of Utah, et al., <br><br><br> Defendants. | **SUPPLEMENTAL PROTECTIVE ORDER** <br><br> Case No. 2:26-cv-00010-RJS-CMO <br><br> District Judge Robert J. Shelby <br><br> Chief Magistrate Judge Cecilia M. Romero |

Upon consideration of Plaintiffs' Motion for Supplemental Protective Order, and good cause appearing, the Court enters the following Supplemental Protective Order, which supplements the Court's Standard Protective Order ("SPO") and governs the handling of certain non-public information that could reasonably identify either of the student plaintiffs ("Student Plaintiffs") or their parent representatives.

1.      As used in this Order, personally identifying information ("PII") means any non-public information that identifies any Student Plaintiff, either directly or indirectly.

2.      PII includes, by way of example and not limitation:

      a.   a Student Plaintiff's full name;

      b.   a Student Plaintiff's home address or precise residential location;

      c.   a Student Plaintiff's personal email address or personal telephone number;

      d.   a Student Plaintiff's date of birth;

e.  a Student Plaintiff's student identification number or other school-assigned identifier;

f.  biometric identifiers associated with a Student Plaintiff;

g.  the name of the school or schools a Student Plaintiff attends;

h.  the name of a Student Plaintiff's parent, guardian, family member, or classmate; or the name of another closely-associated person, including friends, as provided by a list prepared by Plaintiffs' counsel; and

i.  any other non-public information of similar specificity that could reasonably permit identification of a Student Plaintiff.

3.      To the extent any filing contains PII, the parties shall redact and/or file under seal in compliance with Rule 5.2 of the Federal Rules of Civil Procedure and DUCivR 5-3.

4.      Further, PII may be used solely for purposes of prosecuting or defending this action and, where disclosure is reasonably necessary for purposes of this action,  may be disclosed only to persons designated in paragraph B(1) of the SPO, subject to the following modifications:

a.  Paragraph B(1)(g) is modified to read "deposition and trial witnesses who, in connection with their testimony in the lawsuit, have a reason to know the identity of a Student Plaintiff";

b.  Paragraph B(1)(j) is modified to read "a party's representatives, officers, and employees only as necessary to assist counsel with this litigation, recognizing the individuals so used should be kept to as small a circle as possible";

c.  Paragraph B(1)(k) is modified to warn all parties who fall under its provisions that they may be held in contempt of court if they violate the provisions of the SPO.

DATED this 27 May 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah